**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001002
17-JUN-2013
09:00 AM**

NO. CAAP-12-1002

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
UPU VAI, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 10-1-1291)

ORDER APPROVING THE JUNE 7, 2013
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed June 7, 2013, by Defendant-Appellant Upu Vai (Appellant), the papers in support, and the record, it appears that (1) this criminal appeal has been docketed; (2) the parties seek to dismiss the appeal pursuant to Rule 42 of the Hawai'i Rules of Appellate Procedure (HRAP); (3) counsel for all parties to the appeal have signed the stipulation; and (4) attached to the stipulation is a declaration signed by Appellant that complies with HRAP Rule 42(c). Therefore,

IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed, pursuant to HRAP Rule 42(b) and (c).

DATED: Honolulu, Hawai'i, June 17, 2013.

Chief Judge

Associate Judge

Associate Judge